of the judge to grant an order fixing the bond in such sum as he might consider sufficient.

Taking into view the amount for which judgment was rendered, and the possibility of a frivolous appeal, and the costs for which relators may be liable, we think a bond in this case for one thousand dollars sufficient.

It is therefore ordered that the mandamus herein be made peremptory, and the judge a quo directed to grant a suspensive appeal to relators upon their giving a bond according to law for one thousand dollars.

## No. 2787.—SAME v. SAME.

HOWELL, J. This is an application for a writ of mandamus directing the judge of the Sixth District Court for the parish of Orleans to grant the relators a suspensive appeal from the final judgment in the case of Enoch Smith & Whitney v. W. T. Lane et al., and is based on the same state of facts as that in the application of the same parties first described, and for the reason therein assigned :

It is therefore ordered that the mandamus herein be made peremptory, and the judge a quo directed to grant a suspensive appeal to relators upon their giving a bond according to law for one thousand dollars.

## No. 2786.—SAME v. SAME.

HOWELL, J. This is an application for a writ of mandamus directing the judge of the Sixth District Court for the parish of Orleans to grant a suspensive appeal to the relators from the final judgment in the case of Wm. W. Fisher et al. v. L. H. Lane et al., the answer to which shows that the appeal had been granted prior to the issuance of the rule nisi from this court.

The relators have thus imposed unnecessary labor on this court, whose attention is due to those who have real cause for complaint.

It is therefore ordered that the application be dismissed, with costs.

## No. 2723.—PHILLIP WIEDERECHT v. MICHAEL BIEGEL.

Where the evidence of the plaintiff, as a witness, is negatived by that of the defendant, judgment will be given in accordance with the weight of testimony of other witnesses and the surrounding circumstances of the case.

APPEAL from Sixth Judicial District, parish of Tangipahoa. Ellis, J. J. E. Wilson and R. & H. Marr, for plaintiff and appellee. T. G. Davidson, for defendant and appellant.

TALIAFERRO, J. In this case suit is brought on a promissory note, made by Biegel, the defendant, in favor of the plaintiff, for $737, with